IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01136-WYD-CBS

WILLIAM E. BARFIELD, III,

    Plaintiff,

v.

BRONSON & MIGLIACCIO, LLP, a New York limited liability partnership;
JOHN" ALBANESE, whose true name is unknown;
JOHN" SMITH, whose true name is unknown; and
JOHN DOE", whose true name is unknown,

    Defendant(s).
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    THE COURT having reviewed the Stipulated Motion to Dismiss with prejudice and being fully advised in the premises, does hereby ORDER that this case is dismissed with prejudice, each party to pay its own costs and attorney's fees.

    DATED this 6th day of October, 2005.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              U.S. District Judge